**THE STATE OF FLORIDA ex rel. DALE LEROY SEIGMAN v. JIMMIE SULLIVAN, Sheriff of Dade County, Florida.**

24 So. (2nd) 518      January Term, 1946
January 18, 1946      En Banc

*Bart A. Riley* and *A. C. Dressler,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

The judgment of the lower court is affirmed without prejudice to present the question of the admissibility of the alleged confession at the trial of the case on the merits.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, ADAMS, SEBRING, JJ., and BARNS, Circuit Judge, concur.